**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                                                                       **NO.: 4:05CR95-P-B**

**REFUGIO BARRON, JR. TONY BARNES,
McCLAIN BRADLEY, MARCUS CHRISTIAN,
KIM CURTIS, FREDDIE LOGAN, JR.
VERNAL MAGBEE, LAWRENCE PAUL,
GARY RANSOM, CALVIN SHOEMAKER,
SHADRACH TOWNSEND, EARL WEBSTER,
CHANISE WESTBROOKS, ANDREW WILLIAMS,
LULU WILLIS, VESTER WRIGHT,
DANIEL IBARRA, DAVID IBARRA,
TORIS JACKSON, KEVIN MATTHEWS,
HEZIEKIAH PATTON**

## ORDER

This cause is before the Court on defendant Earl Webster's Motion for Continuance of Trial and New Scheduling Order [705]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for July 3, 2006. Counsel for defendant avers that due to his recent entry of appearance in the case, he needs additional time to review voluminous discovery materials, to confer with his client and to file appropriate pretrial motions. In addition, several of the motions may require evidentiary hearings. Furthermore, this is a complex case with numerous defendants. The government does not oppose the relief sought in the instant motions. Based on the foregoing, the Court finds that the defendant's Motion for Continuance is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A),

the period of delay from July 3, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendant Webster a reasonable time for adequate and effective preparation of his defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant Webster's Motion for Continuance of Trial and New Scheduling Order [705] is GRANTED;

2. That the trial of this matter is continued as to all defendants until Monday, September 11, 2006 at 9:00 a.m. in Courtroom 3 East of the United States District Courthouse in Oxford, Mississippi;

3. That the delay from July 3, 2006 until September 11, 2006 is excluded as set out above;

4. That the deadline for filing pretrial motions is August 21, 2006;

5. That the deadline for submitting a plea agreement is August 28, 2006.

SO ORDERED, this the 1st day of June, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE