# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

v.                                               **CRIMINAL NO. 4:05CR95-P-B**

**EARL WEBSTER**

## ORDER

Before the Court is Defendant's motion for an order requiring the government to give notice of its intention to use post-arrest statements of co-defendants or unindicted co-conspirators [doc. 649]. For good cause and hearing no objection from the government, the motion is hereby **GRANTED**. The government shall serve said notice on or before August 7, 2006.

**SO ORDERED** this 15th day of June, 2006.

                                                           **/s/ Eugene M. Bogen**
                                                           U. S. MAGISTRATE JUDGE