**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                  **CRIMINAL ACTION NO. 4:05CR95**

**EARL WEBSTER**

## **ORDER**

This cause is before the Court on defendant Webster's Motion for Joinder in Motion for Intra-District Transfer [731]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Webster's Motion for Joinder in Motion for Intra-District Transfer [731] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 19th day of July, 2006.

                                                                    /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE