IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EARL WEBSTER**                                                          **PETITIONER**

**V.**                                                                    **NO. 4:05CR95-WAP**

**UNITED STATES OF AMERICA**                                  **RESPONDENT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the Petitioner's Motion to Vacate, Sentence Pursuant to 28 U.S.C. § 2255 (docket entry 1226) is hereby DENIED, and is DISMISSED with prejudice.

IT IS SO ORDERED.

THIS the 23rd day of October, 2009.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT COURT
                                                           NORTHERN DISTRICT OF MISSISSIPPI